Roger STOKER, Plaintiff and Appellant,

v.

STATE of Utah, Defendant and Appellee.

No. 930099.
No. 920634–CA.
No. 900904973PI.

Supreme Court of Utah.

March 29, 1994.

## ORDER

Having been improvidently granted, this writ of certiorari is dismissed. The matter is stricken from the April calendar.

/s/ Michael D. Zimmerman
MICHAEL D. ZIMMERMAN,
Chief Justice